FILED
FEB 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8152

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>Raul GUTIERREZ-Villalobos<br><br>          Defendant. | ) Magistrate's Case No.:<br>)<br>) COMPLAINT FOR VIOLATION OF<br>)<br>) Title 21, U.S.C., § 841(a)(1)<br>) Possession with Intent to<br>) Distribute (Felony)<br>)<br>)<br>) |

The undersigned complainant being duly sworn states:

That on or about February 19, 2008, within the Southern District of California, defendant Raul GUTIERREZ-Villalobos did knowingly and intentionally possess, with intent to distribute approximately 1,823.43 kilograms (4,019.9 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MICHAEL ORTIZ
Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF FEBRUARY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
                **v.**
**Raul GUTIERREZ-VILLALOBOS**

### STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents and notes furnished to Drug Enforcement Administration Special Agent Michael Ortiz.

On February 19, 2008, Border Patrol Agent C. Zepeda was assigned at the Highway 111 Checkpoint near Niland, California. At approximately 10:30 P.M., while Agent Zepeda was conducting primary inspection, a green 1999 Kenworth W90Q tractor trailer approached the checkpoint. Agent Zepeda identified himself as a United States Border Patrol Agent. Agent Zepeda asked GUTIERREZ-VILLALOBOS for the proper paper work for the cargo that GUTIERREZ-VILLALOBOS was hauling. Agent Zepeda noticed GUTIERREZ-VILLALOBOS was getting nervous when looking for the paper work. GUTIERREZ-VILLALOBOS began looking for his paper work in the sleep cab of the truck. Agent Zepeda observed GUTIERREZ-VILLALOBOS looking for the paperwork on the bedding material and underneath the bed itself. At this point, Agent Zepeda referred the tractor trailer to secondary inspection.

In secondary inspection, Agent Zepeda asked GUTIERREZ-VILLALOBOS to search the trailer with a service canine. GUTIERREZ-VILLALOBOS consented to the search. GUTIERREZ-VILLALOBOS was unable to produce the paperwork for the cargo that was being hauled. The service canine alerted to the back of the trailer and to the front left corner near the refrigeration unit. Agent Zepeda noticed that the trailer was locked with a CBP Bolt seal. Agent Zepeda conducted a search of the trailer which revealed 332 bundles wrapped in brown packaging tape

laced with a greasy substance that contained a green-leafy substance. The green-leafy substance was then tested using a NIK testing kit and it tested positive for the properties of marijuana. A total of 4,019 pounds (1,823.43 kilograms) of marijuana was recovered from the trailer. This was the only cargo that was present in the trailer.